# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN KENYON HARVEY,<br><br>   Plaintiff,<br><br>v.<br><br>T. GONZALEZ, et al.,<br><br>   Defendants.<br>_____ | Case No. CV 10-4803-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint and this action with prejudice.

DATED: October 5, 2011_____    _____
                                  HONORABLE VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE